E. H. Rollins & Sons, Respondent, v. National Surety Company, Appellant. — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

Jerry Allen, Respondent, v. John Golden and Others, Appellants, Impleaded with Another.— Judgment reversed and a new trial ordered, with costs to the appellants to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $17,700.05; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

Lilly Bijur, Respondent, v. 164 West Seventy-fifth Street Corporation and Emerhotel Corporation, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

Jenny Grigorovich, an Infant, by Harry Grigorovich, Her Guardian ad Litem, and Harry Grigorovich, Respondents, v. H. C. Bohack Co., Inc., Appellant.— Judgment in favor of the infant plaintiff reversed and a new trial ordered, with costs to the appellant to abide the event, unless said plaintiff stipulates to reduce the judgment as entered to the sum of $8,155.60, in which event the judgment as so modified is affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.; Finch, P. J., dissents and votes for affirmance. Judgment in favor of the plaintiff Harry Grigorovich affirmed. Settle order on notice.

Walmor, Inc., Appellant, Respondent, v. George Contos, Respondent, Appellant.— Order so far as appealed from affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

Philip Siegel, Respondent, v. Seidenberg, Keroes & Dratfield, Inc., Defendant, Impleaded with Louis Rothstein, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

· Nathan Glassheim, Respondent, v. Agnes Realty Corporation and Others, Defendants, Impleaded with John J. Mooney and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

Edwin Walling, Respondent, v. Nevins Bus Lines and Charles Schulman, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

Prospect Investing Company, Respondent, v. Rentam Realty Corporation and Others, Defendants, Impleaded with Alberta Realty Corporation, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

Joseph Levy, Respondent, v. Federal Insurance Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

Flushing Manor, Inc., Respondent, Appellant, v. Gifford Construction Company, Inc., Appellant, Respondent.— Judgment and order affirmed, with costs to the plaintiff, respondent. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

Maude Sanchez, as Administratrix, etc., of Armando Sanchez, Deceased,